UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIE FIELDS,

      Petitioner,

                                Case No. 2:13-CV40

v.

                                HON. GORDON J. QUIST

ROBERT NAPEL,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the magistrate judge on September 21, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b).[1]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed September 21, 2015 (dkt. # 29), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.


Dated: November 3, 2015                                               /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation was sent to Petitioner at the address provided to the Court, but was returned as not deliverable. Petitioner has the duty to inform the court of any address changes. *See Harris v. LePlante*, No. 2:07-CV-10, 2008 WL 822146, at *1 (W.D. Mich. Mar. 26, 2008) (internal quotation marks omitted). It is not the duty of the Court to track down Petitioner to ensure he receives a copy of the Report and Recommendation.